IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SHIRLEY ONISHI, LLC, a Hawaii limited liability company,<br><br>        Plaintiff,<br><br>   vs.<br><br>DONALD KEITH REEVES,<br><br>        Defendant. | Civil No. 18-00497 HG-WRP |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND TO DISMISS THIS ACTION WITHOUT PREJUDICE (ECF No. 27)**

Findings and Recommendation having been filed and served on Plaintiff on December 18, 2019, but there is no service on Defendant. Previous service by publication did not result in an appearance by Defendant. No objection has been filed.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation To Deny Plaintiff's Motion For Entry of Default Judgment and To Dismiss This Action Without Prejudice are adopted as the opinion and order of this Court.

//

//

//

//

//

1

IT IS SO ORDERED.

DATED: January 15, 2020, Honolulu, Hawaii.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge

SHIRLEY ONISHI, LLC, a Hawaii limited liability company v. DONALD KEITH REEVES; Civ. No. 18-00497 HG-WRP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND TO DISMISS THIS ACTION WITHOUT PREJUDICE (ECF No. 27)**